No. 74–5141. WOODY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 74–5143. BEY, AKA WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5150. BOWEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5153. LEE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5171. LANDIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5173. ROBINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5179. THERIAULT ET AL. v. CARLSON, DIRECTOR, BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5184. FLOWERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5186. KOBLEIN, AKA BUTTONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5193. HAYMES v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–5195. PARLE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.